UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS SOTELLO, JR.,<br>　aka Carlos Ibarra-Castaneda,<br><br>　　　　　Defendant. | Criminal Case No. 12-CR-2968-WQH<br><br>**ORDER AND JUDGEMENT GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment against defendant Carlos Ibarra-Castaneda is dismissed without prejudice in the interests of justice.

DATED: December 10, 2012

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE